# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

NATHAN IRA NIXON,

    Plaintiff,

v.                                            CASE No. 1:18-cv-253-AW-GRJ

SURENDRA MIKE NARAYAN,
and MICHAEL WILKINSON,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND GRANTING SUMMARY JUDGMENT

I have considered the magistrate judge's April 1, 2020 Report and Recommendation. ECF No. 39. There have been no objections. I have determined that the Report and Recommendation should be approved, and it is incorporated into this order.

Nixon has not shown any triable issue of fact. The video, which I reviewed in its entirety, shows no signs of modification, and there is nothing from the video from which a jury could conclude it had been manipulated. And even if there were, there is no evidence that these defendants manipulated it. The defendants are entitled to summary judgment.

Accordingly, it is now ORDERED:

1. Defendant's motion for summary judgment, ECF No. 29, is granted.

2

2. The clerk must enter judgment that says, "This case was resolved on summary judgment. Plaintiff's claims are dismissed with prejudice, and he shall take nothing."

3. The clerk must then close the file.

SO ORDERED on May 8, 2020.

                                            s/ *Allen Winsor*
                                            United States District Judge